1  Attorney First Last  Danielle R. Rogers, MO # 62120, Admitted Pro Hac Vice
   (MO #62120         /Admitted Pro Hac Vice)
2  Firm Name  Langdon & Emison, LLC
   Address  911 Main St, P.O. Box 220
3  City, State Zip  Lexington, MO 64067
4  Phone:  660-259-6175
   Fax:  660-259-4571
5  Email: danielle@lelaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>Teddy Doner, Jr.             ,<br><br>    Plaintiff(s),<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>    Defendants. | MDL No. 3081<br><br>**AMENDED MASTER SHORT-FORM COMPLAINT AND JURY TRIAL DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate(s) by reference the Amended Master Complaint in MDL 3081 (Doc. 494). Pursuant to Case Management Order No. 7, as amended (Doc. 526) this Short-Form Complaint adopts the allegations, claims, and relief as set forth in the Amended Master Complaint. As set forth below, Plaintiff(s) may include (a) additional claims and allegations against Defendants, as set forth in Paragraph 15 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants, as set forth in Paragraph 5 or an additional sheet attached hereto. Plaintiff(s) further allege(s) as follows:

## I. PLAINTIFF(S)

1. Name of Plaintiff/Decedent implanted with Bard Implanted Port Catheter Product ("Device") (first, middle, and last name):
   Teddy Dean Doner, Jr.

2. Name of Plaintiff/Decedent's spouse (if bringing a loss-of-consortium claim):
   N/A.

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator, representative, survivor, etc.), if any:
   N/A

## II. DEFENDANT(S)

4. Plaintiff(s) name(s) the following Defendant(s) in this action:
   - ☑ Becton, Dickinson and Company
   - ☑ C.R. Bard, Inc.
   - ☑ Bard Access Systems, Inc.
   - ☑ Bard Peripheral Vascular, Inc.

5. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties and their citizenship are as follows:

## III. JURISDICTION AND VENUE

6. City and State of domicile of each Plaintiff at time of filing Plaintiff(s)' initial Complaint:
   Salamanca, New York.

7. City and State of residence of Plaintiff/Decedent at the time of Device placement:
   Little Valley, New York and Salamanca, New York.

8. City and State of residence of Plaintiff/Decedent at the time of alleged injury for which a claim is asserted:
Salamanca, New York.

9. Basis for jurisdiction:
   - [✓] Diversity of citizenship (28 U.S.C. § 1332(a))
   - [ ] Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____

10. Designated forum (United States District Court and Division, if applicable) in which Plaintiff asserts personal jurisdiction and venue would be proper absent direct filing in this MDL:
United States District Court of the Western District of New York.

## IV. PRODUCT USE AND INJURY

11. Plaintiff/Decedent was implanted with the following Device(s) and alleges that the Device(s) caused their injuries[1]:
    - [ ] BardPort M.R.I. Implantable Port
    - [ ] BardPort M.R.I. Low-Profile Implantable Port
    - [ ] BardPort Titanium Dome Implantable Port
    - [ ] BardPort Titanium Implantable Port
    - [ ] M.R.I. Plastic Dual Lumen Port
    - [ ] M.R.I. Ultra SlimPort Implantable Port
    - [ ] Peritoneal Titanium Port
    - [ ] PowerFlow Implantable Apheresis IV Port
    - [ ] PowerPort ClearVUE isp Implantable Port

---

[1] Check all that apply. See Exhibit A for additional information regarding the corresponding model numbers/product codes for these Devices.

| | |
|---|---|
| 1 | ☐ PowerPort ClearVUE Slim Implantable Port |
| 2 | ☐ PowerPort duo M.R.I. Implantable Port |
| 3 | ☐ PowerPort Implantable Port |
| 4 | ☐ PowerPort isp Implantable Port |
| 5 | ☑ PowerPort isp M.R.I. Implantable Port |
| 6 | ☐ PowerPort M.R.I. Implantable Port |
| 7 | ☐ PowerPort Slim Implantable Port |
| 8 | ☐ PowerPort VUE M.R.I. Implantable Port |
| 9 | ☐ PowerPort VUE Titanium Implantable Port |
| 10 | ☐ SlimPort Dual-Lumen Rosenblatt Implantable Port |
| 11 | ☐ Titanium Low-Profile Port |
| 12 | ☐ Titanium SlimPort Implantable Port |
| 13 | ☐ Vaccess CT Low-Profile Titanium Power-Injectable Port |
| 14 | ☐ Vaccess CT Power-Injectable Implantable Port |
| 15 | ☐ X-Port isp M.R.I. Implantable Port |
| 16 | ☐ X-Port Low-Profile Titanium Port |
| 17 | ☐ Other: _____ |

12. Date(s) of implantation as to the foregoing Device(s):
October 30, 2017 and September 04, 2019.

13. Model number(s)/product code(s), if available, for the foregoing Device(s):
Model number: 1808060 and model number: 1808060.

14. Complication(s) alleged to have occurred from use of the foregoing Device(s):
☐ Catheter fracture
☑ Infection
☐ Thrombosis
☑ Other: Occlusion and device malfunction.

4

V. **CAUSES OF ACTION**

15. Plaintiff(s) adopt(s) in this Short-Form Complaint the following claims and allegations asserted in the Master Long-Form Complaint:

- [x] Count I: Design Defect – Strict Liability
- [x] Count II: Design Defect – Negligence
- [x] Count III: Failure to Warn/Instruct – Strict Liability
- [x] Count IV: Failure to Warn/Instruct – Negligence
- [x] Count V: Manufacturing Defect – Strict Liability
- [x] Count VI: Manufacturing Defect – Negligence
- [x] Count VII: Breach of Express Warranty
- [x] Count VIII: Breach of Implied Warranty
- [x] Count IX: Negligent Misrepresentation
- [x] Count X: Fraudulent Misrepresentation
- [x] Count XI: Fraudulent Concealment
- [x] Count XII: Consumer Fraud and/or Unfair and Deceptive Trade Practices
- [x] Count XIII: Unjust Enrichment
- [ ] Count XIV: Loss of Consortium
- [ ] Count XV: Wrongful Death
- [ ] Count XVI: Survival
- [x] Count XVII: Successor Liability
- [x] Timeliness and Tolling of Statutes of Limitation and Repose
- [x] Punitive Damages
- [x] Count XVIII: Other _____

If additional claim(s) against Defendant(s) are alleged in Count XVIII above, the facts supporting such claim(s) must be pleaded. Plaintiff(s) assert(s) the following factual allegations:

_____

_____

_____

_____

_____

_____

16. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: April 12, 2024

Respectfully submitted,

/s/ Danielle R. Rogers
_____

Attorney First Last Danielle R. Rogers (MO #62120 /Admitted Pro Hac Vice) Firm Name Langdon & Emison, LLC
Address 911 Main St, P.O. Box 200
City, State Zip Lexington, MO 64067
Phone: 660-259-6175
Fax: 660-259-4571
Email: danielle@lelaw.com

6

# EXHIBIT A

| Brand Name | Model Number/Product Code |
|---|---|
| BardPort M.R.I. Implantable Port | 0602610, 0602620, 0602640, 0602650, 0602660, 0602670, 0602680, 0602690, 0602830, 0602833, 0602840, 0602843, 0605400, 0605420, 0607173 |
| BardPort M.R.I. Low-Profile Implantable Port | 0603830, 0603840, 0603870, 0603880, 6603880 |
| BardPort Titanium Dome Implantable Port | 0602850, 0602860, 0602870 |
| BardPort Titanium Implantable Port | 0602230, 0602240, 0602270, 0602290, 0603000, 0602820, 0605300, 0605320, 0607301, 0607302, 0602210, 0602260, 0602280, 0602810 |
| M.R.I. Plastic Dual Lumen Port | 0603500, 0605920, 0605930, 0607100, 0607200, 0615460 |
| M.R.I. Ultra SlimPort Implantable Port | 0605640, 0655640 |
| Peritoneal Titanium Port | 0603000, 0603006 |
| PowerFlow Implantable Apheresis IV Port | A710962 |
| PowerPort ClearVUE isp Implantable Port | 1606052, 1606062, 1606362, 1606382, 1608052, 1608062, 1608362, 1608382, 1666362, 1668362, 1676300, 5606362, 5608062, 5608362, 5666362, 5668362, CP00004 |

| | | |
|---|---|---|
| | PowerPort ClearVUE Slim Implantable Port | 1616000, 1616001, 1616070, 1616071, 1616300, 1616380, 1618000, 1618001, 1618070, 1618300, 1618380, 1676301, 1678300, 1678301, 5616000, 5616300, 5618000, 5618300, 5676300, 5676301, 5678300, 5678301, CP00005 |
| | PowerPort duo M.R.I. Implantable Port | 1829500, 1829570, 5829500, 5829502 |
| | PowerPort Implantable Port | 1708000, 1708001, 1708070, 1708071, 1709600, 1709601, 1759600, 1759601, 1778000, 1778001, 1778070, 1778071 |
| | PowerPort isp Implantable Port | 1706050, 1706051, 1706060, 1706061, 1708050, 1708051, 1708060, 1708061, 1708160, 1708550, 1708551, 1708560, 1708561, 4708060, 4708061, 4708560, 4708561, CP00001, CP00002, CP00003, CP00009 |
| | PowerPort isp M.R.I. Implantable Port | 1806050, 1806051, 1806060, 1806061, 1808050, 1808051, 1808060, 1808061, 1808069, 1808360, 1808550, 1808551, 1808560, 1808561, 1809660, 1809661, 1859660, 1859661, 4808060, 4808061, 4808560, 4808561, 9808560 |
| | PowerPort M.R.I. Implantable Port | 1808000, 1808001, 1808002, 1808070, 1808071, 1808300, 1809600, 1809601, 1809670, 1859600, 1859601, 1878000, 1878001, 1878070, 1878071 |

| | |
|---|---|
| PowerPort Slim Implantable Port | 1716000, 1716001, 1716070, 1716071, 1716080, 1718000, 1718001, 1718070, 1718500, 1718501, 1718570, 1718571, CP00008 |
| PowerPort VUE M.R.I. Implantable Port | 1806052, 1806062, 1808052, 1808062 |
| PowerPort VUE Titanium Implantable Port | 1706052, 1706062, 1708052, 1708062 |
| SlimPort Dual-Lumen Rosenblatt Implantable Port | 0604970, 0624970, 0654970 |
| Titanium Low-Profile Port | 0602180, 0602190, 0605490, 0605510, 0606100, 0606150, 0606200 |
| Titanium SlimPort Implantable Port | 0605550, 0605560, 0655510 |
| Vaccess CT Low-Profile Titanium Power-Injectable Port | 7360000, 7360001, 7380000 |
| Vaccess CT Power-Injectable Implantable Port | 7460000, 7480000, 7496000 |
| X-Port isp M.R.I. Implantable Port | 0607500, 0607510, 0607520, 0607530, 0607540, 0607550, 0607555, 0657500, 0657510, 0657520, 0657525, 7707540, 7757540 |
| X-Port Low-Profile Titanium Port | 0655870, 0605840, 0605850 |